# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2007

134064

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DENNIS DURELL HOSKINS,
        Defendant-Appellant.

SC: 134064
COA: 277723
Saginaw CC: 05-025891-FH

_____/

        On order of the Court, the application for leave to appeal the May 11, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

        KELLY, J., would vacate the order of the Court of Appeals and remand this case to the Court of Appeals for reinstatement of the defendant's delayed application for leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2007

_____
Clerk

t0905